IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 08-69
) [UNDER SEAL]
ANTHONY J. ALIUCCI )

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Shaun E. Sweeney, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant ANTHONY J. ALIUCCI, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with mail fraud, in violation of Title 18, United States Code, Section 1341.

Recommended bond: $10,000 cash or property bond.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

By: *Shaun Sweeney*
SHAUN E. SWEENEY
Assistant U.S. Attorney
PA ID No. 53568