```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         )
                                 )
          vs.                    )    Criminal No. 08-69
                                 )
ANTHONY J. ALIUCCI,              )
                                 )
          Defendant.              )
```

O R D E R

AND NOW, this 26th day of November, 2008, defendant Anthony J. Aliucci having entered a plea of guilty to Count 1 of the Indictment filed at Criminal No. 08-69, and in accordance with the Sentencing Reform Act of 1984, 18 U.S.C. §3551, et seq. (1987) and the Sentencing Guidelines of the United States Sentencing Commission promulgated under that Act and the Sentencing Commission Act, 28 U.S.C. §991, et seq. (1987),

IT IS HEREBY ORDERED that:

1. No later than **January 26, 2009,** the Probation Office shall forward to this Court, to the defendant, and to counsel for the defendant and for the government a copy of the Presentence Report.

2. Counsel should be aware of the provisions set forth in Local Criminal Rule 32.1 concerning resolution of disputed facts or factors material to the sentencing. The Court expects counsel to fully comply with the procedures set forth in Local Criminal Rule 32.1(C).

3. No later than **February 9, 2009,** counsel for the defendant and for the government shall each file with this Court and serve upon the Probation Office and opposing counsel a statement either outlining their objections to, or indicating their agreement with, the Presentence Report.

       4.   No later than **February 23, 2009,** the Probation Office shall file with this Court and serve upon counsel for the defendant and for the government the Presentence Report, together with an addendum setting forth any objections of counsel to the Presentence Report which have been made and which have not been resolved, together with the Probation Officer's comments thereon.

       5.   This Court will issue to counsel for the defendant and for the government and to the Probation Office its tentative findings and rulings concerning disputed facts or factors on **March 2, 2009.**

       6.   This Court will strictly enforce Local Rule 32.1(I) with respect to disclosure of any Presentence Report information.

       7.   In advance of Sentencing, the Court will initiate a Telephonic Sentencing Conference with counsel and the Probation Officer on **Monday, March 9, 2009 at 4:30 p.m.**

       8.   Any changes in the position of either the defendant or the government must be brought to the Court's attention by **12:00 p.m. on March, 10, 2009.**

       9.   Sentencing of defendant Anthony J. Aliucci will take place on **Friday, March 13, 2009 at 9:30 a.m.**

                                     s/Nora Barry Fischer
                                         United States District Judge

cc/ecf:   Asst. U.S. Atty. Shaun E. Sweeney

           Anthony M. Bittner, Esquire

           Anthony J. Aliucci c/o Anthony M. Bittner, Esquire

           Probation Office

           Pretrial Services

           U.S. Marshal