# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>     vs.      )<br>  )<br>ANTHONY J. ALIUCCI,  )<br>  )<br>              Defendant.  ) | Criminal No. <u>08-69</u> |

**HEARING ON**  <u>- SENTENCING                       </u>

Before Judge Nora Barry Fischer

<u>Shaun E. Sweeney, AUSA  </u>           <u>Anthony M. Bittner, Esquire</u>

          Appear for USA                    Appear for Defendant

Probation - Diane Restivo
Postal Inspector: Staci Johnson

Hearing begun  <u>4/8/09 at 9:40 a.m.</u>      Hearing adjourned to <u>                </u>

Hearing concluded <u>4/8/09 at 12:15 p.m.</u>   Stenographer <u>: R. Ford            </u>
                                          Clerk: J. Galovich

**WITNESSES:**

      For Government                     For Defendant
1) David Kearney (4/8/09)
2) Staci Johnson (4/8/09)

<u>Counsel enters their appearance; Court details background of case; Court admits Govt. Ex. 1 (Stipulation as to Restitution) into evidence;  Oath administered to defendant; Court asks defendant questions re: Presentence Report, Addendum & Tentative Findings, defendant answers & understands; Court remarks on Guidelines and Booker/Gall/Gunter decisions; Court notes that parties have no further objections to Presentence Report; Court makes additional findings on the record (based upon victim impact statements/letters submitted to the Court); Court adopts the Presentence Report & addendum, except as otherwise set forth in the Court's Tentative Findings & Rulings; Court hears testimony of Mr. Kearney, Ms. Johnson;   Court hears counsels' remarks regarding application of enhancements; Court makes additional findings regarding testimony; Court affirms its previous decision regarding enhancements' applicability; Court adopts its Tentative Findings & Rulings as its Final Findings and Rulings; Defendant makes statement to the Court; Court hears counsel's positions regarding aspects of Sentence; Sentence Imposed: Forty-eight (48 ) months imprisonment w/recommendations more fully stated in Judgment; Three (3) years' Supervised Release w/standard and additional conditions;  Restitution ordered in the amount of $1,342,293.00 (Interest waived) (payments details stated more fully in Judgment); Fine waived;  $100.00 Special Assessment was paid by defendant on 11/26/08; Court states its reasons for imposition of Sentence; Court grants Government's Motion to Dismiss Counts 2 and 3 of the Indictment; Court grants request that Exhibits not be posted on CM/ECF; Court advises defendant of right to appeal; Defendant permitted to self-report for imprisonment to designated facility.  Defendant to report 7/7/09 unless defendant otherwise advised to report to a facility at an earlier date by the Bureau of Prisons.</u>