AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | PENNSYLVANIA |
|---|---|---|

UNITED STATES OF AMERICA

V.

ANTHONY J. ALIUCCI

**EXHIBIT LIST**

Case Number:  CR. No. 08-69

| PRESIDING JUDGE<br>NORA BARRY FISCHER | GOVT'S ATTORNEY<br>SHAUN SWEENEY, AUSA | DEFENDANT'S ATTORNEY<br>ANTHONY BITTNER, ESQ. |
|---|---|---|
| SENTENCING DATE (S)<br>4/8/09 | COURT REPORTER<br>RICHARD FORD | COURTROOM DEPUTY<br>J. GALOVICH |

| GOVT.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 |  | 4/8/09 | X | X | Stipulation as to Restitution |
| 2 | 4 | /8/09 | X | X | Victim impact statements submitted to Court |
| 4 |  | 4/8/09 | X | X | Deposit Account Signature Card (7/12/05) |
| 3 | 4 | /8/09 | X | X | Intl. Healthcare Corp. Banks Statements & Checks |
|  |  |  |  |  |  |
|  |  |  | X | X | Court Exhibit 1 - Letter submitted to Court from S. Ball |
|  |  |  | X | X | Court Exhibit 2 - Letter submitted to Court from R. & D. Aliucci |
|  |  |  | X | X | Court Exhibit 3 - Submission to Court from J. & P. Michel |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.