PROB 12
(PAWP 2/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Anthony Aliucci
Docket No.: 0315 2:08CR00069-001
Register #: 09766-068

## Petition on Supervised Release

COMES NOW Belinda M. Ashley, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Anthony Aliucci, who was placed on supervision by the Honorable Nora Barry Fischer sitting in the Court at Pittsburgh, Pennsylvania, on the 8th day of April 20009, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions as follows:

Special Assessment, DNA testing, Financial Disclosure, No New Debt/Credit, Other Condition, Restitution - Money, Computer/Internet Restrictions, Search/Seizure, Location Monitoring Program, Financial Address Change to AUSA, Mental Health Treatment, Workforce Development

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The defendant has paid a total of $9,750.00 towards restitution. The current balance is $1,332,543.00. The defendant understands that payments must continue until the balance is paid in full, and he has signed a payment agreement acknowledging his understanding. The case expiration date is December 9, 2016.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal Number 2:08CR00069-001 be allowed to expire as scheduled with restitution due and owing and the case be closed.

ORDER OF COURT

Considered and ordered this _____ day of _____ . 20 _____ and ordered filed

_____
Nora Barry Fischer
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____July 19, 2016_____

_____Stacey Xander_____
Stacey Xander
U.S. Probation Officer

_____Wendy M Brown_____
Wendy Brown
Supervising U.S. Probation Officer

Place: _____Pittsburgh, Pennsylvania_____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### Probation and Pretrial Services Office



**Belinda M. Ashley**
Chief U.S. Probation Officer

**John A. Poglinco**
Deputy Chief U.S. Probation Officer

**Romona Clark**
Assistant Deputy Chief U.S. Probation Officer

700 Grant St.
Suite 3330
Pittsburgh, PA 15219
Telephone: 412-395-6907
Fax: 412-395-4864

July 12, 2016

Anthony Aliucci
95 Shenot Road
Wexford, PA 15090

### RESTITUTION PAYMENT AGREEMENT
### Criminal No. 0315 2:08CR00069-001

    I, Anthony Aliucci, agree to pay 10% of my gross monthly income, and in any event no less than $500 per month, toward the Court-ordered outstanding restitution obligation until the balance is paid in full. I am aware that the total amount of restitution imposed was $1,342,293.00. Of that amount, $1,332,543.00 remains due and owing to this date. Monthly restitution payments will be mailed to the Clerk of Courts, located at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, Attn: Finance Department. I also understand that I must submit the invoice receipts and/or a copy of payments to the U.S. Attorney's Office, Financial Litigation Unit, each month in order for them to credit my payments to the total balance.

    I fully understand that, in order to avoid penalties of up to 25 percent, pursuant to 18 U.S.C. § 3612(g) and future legal action by civil means, including a wage garnishment, I must keep paying until the debt is paid in full. It is my responsibility to notify the U.S. Attorney's Office, Financial Litigation Unit, of any change in mailing address or residence within 30 days of the change.

*********************************************************************

Witness: *Stacey Xander*      Signed: *Anthony Aliucci*
Stacey Xander                          Anthony Aliucci
U.S. Probation Officer              Supervised Releasee

7-19-16
Date